IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00583-M-RJ

MARY ANN MICIRE, *individually and on behalf of all others similarly situated,*

    Plaintiff,

v.

GENESIS BILLING SERVICES, INC.,

    Defendant.

ORDER

This matter comes before the court on Defendant's Notice of Commencement of Bankruptcy Case [DE 6]. The filing of a bankruptcy petition automatically stays any action "to recover a claim against the debtor that arose before the commencement of" proceedings in the bankruptcy court. 11 U.S.C. § 362(a)(1). Accordingly, this case, which was initiated a month before the commencement of the bankruptcy proceeding, is STAYED until further order from the court. Defendant shall file a status report on or before April 15, 2026, or within thirty (30) days of resolution of its bankruptcy petition, whichever is earlier.

SO ORDERED this 15th day of October, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE